# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MELISSA CHAPMAN, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil No.  16-cv-015-JPG-CJP <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **AFFIRMED**.

Judgment is entered in favor of defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and against plaintiff Melissa Chapman.

DATED:  3/16/2017

> JUSTINE FLANAGAN,
> **Acting Clerk of Court**
>
> BY: *s/Tina Gray*
>     **Deputy Clerk**

**Approved:**

*s/J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**